UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RENEE J. MEECE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:15-cv-0666-DKL-WTL |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Final Judgment**

The decision of the Administrative Law Judge is **VACATED** and **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Judgment is entered in favor of Plaintiff and against Defendant.

Dated: 05/31/2016

*Denise K. LaRue*
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Electronic Distribution to Counsel of Record